

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2018

No. 04-18-00382-CV

**IN RE L.J.R.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01389
Honorable Richard Garcia, Judge Presiding

# O R D E R

     This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record, which was due to be filed on June 18, 2018, has not been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than July 5, 2018. TEX. R. APP. P. 35.3(c). **<u>FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.</u>**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court